UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Locher,

    Plaintiff,

v.                       Civil No. 10-4894 (JNE/FLN)
                        ORDER

Wyeth LLC f/k/a Wyeth, Inc.,
Wyeth Pharmaceuticals, and
Pfizer, Inc., Individually and as
Successor-in-Interest to Pharmacia &
Upjohn Company,

    Defendants.

This case is before the Court on Plaintiff's Motion to Transfer Venue. Defendants do not oppose the transfer of this action to Plaintiff's home district.

Based on the foregoing, all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT

1. Plaintiff's Motion for Transfer pursuant to 28 U.S.C. § 1404(a) (2006) [Docket No. 9] is GRANTED.

2. This case is transferred to the United States District Court for the District of New Jersey for further proceeding.

3. The Clerk of Court is directed to effect the transfer.

Dated: August 1, 2011

                     s/ Joan N. Ericksen
                     JOAN N. ERICKSEN
                     United States District Judge